[No. 9948-9-II. Division Two. July 7, 1987.]

THE STATE OF WASHINGTON, *Respondent*, v. GEORGIA TORRES, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 86-1-00059-3, J. Dean Morgan, J., entered May 27, 1986. *Dismissed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Reed, C.J., and Alexander, J.

[No. 9724-9-II. Division Two. July 7, 1987.]

THE STATE OF WASHINGTON, *Respondent*, v. DEVIN R. STEWART, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 85-1-00622-2, Terence Hanley, J., entered March 5, 1986. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Reed, C.J., and Worswick, J.

[No. 10105-0-II. Division Two. July 7, 1987.]

*In the Matter of the Marriage of* WILLIAM PAULEY, *Appellant, and* ANITA PAULEY, *Respondent*.

Appeal from a judgment of the Superior Court for Lewis County, No. 84-3-00307-5, David R. Draper, J., entered May 30, 1986. *Affirmed* by unpublished opinion per Alexander, A.C.J., concurred in by Petrich and Worswick, JJ.